■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE SPAULDING, Appellant. [751 NYS2d 404] —Application by the appellant for a writ of error coram nobis to vacate, on the

ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 3, 2000 (*People v Spaulding,* 271 AD2d 463), affirming a judgment of the Supreme Court, Queens County, rendered June 28, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Altman, J.P., Feuerstein, Goldstein and H. Miller, JJ., concur.